IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00384-CMA-KLM

JOSEPH SNYDER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Court Approval of Stipulated Protective Order** [Docket No. 18; Filed August 10, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court, with interlineations, as of the date of this Minute Order.,

DATED: August 11, 2010